AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| Brown, etc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 cv 1168 |
| Smith, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff David Brown II, as Independent Administrator of the Estate of David Brown, deceased .

Date: 04/28/2018

/s/ John K. Kennedy
*Attorney's signature*

John K. Kennedy #6309407
*Printed name and bar number*
One North LaSalle Street, Suite 2450
Chicago, IL 60602


*Address*

jkennedy@jdmlaw.com
*E-mail address*

(312) 977-0200
*Telephone number*

(312) 977-0209
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Brown, etc., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 cv 1168 |
| Smith, et al., | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  04/28/2018 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ John K. Kennedy
*Attorney's signature*

John K. Kennedy #6309407
*Printed name and bar number*

One North LaSalle Street, Suite 2450
Chicago, IL  60602

*Address*

jkennedy@jdmlaw.com
*E-mail address*

(312) 977-0200
*Telephone number*

(312) 977-0209
*Fax number*