IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 18-CV-01168-JBM-JEH |
| MATT SMITH, the SHERIFF OF WOODFORD COUNTY, individually and in his official capacity; WOODFORD COUNTY, ILLINOIS; WILLIS SURRATT; GARY HARRIS; JOSEPH HITCHINS; TERRA SHAFFER; ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois for-profit corporation; JASON SCOTT SO., D.O.; and ROBIN SIMPSON, R.N., ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Woodford County, Matt Smith, Willis Surratt, Gary Harris, Joseph Hitchins, Terra Shaffer, by their attorney, Bhairav Radia; and defendants Advanced Correctional Healthcare, Inc., Jason So, and Robin Simpson, by their attorney, Peter Jennetten, request the Court to extend the deadline for filing their respective responsive pleadings to plaintiff's first amended complaint from June 27, 2018 to July 6, 2018. In support, defendants state:

1.   The defendants' responsive pleadings to plaintiff's first amended complaint are due on June 27, 2018.

2.   Defendants' attorneys need ten more days, i.e., until July 6, 2018, to

complete their investigation into plaintiff's allegations, review the pertinent records, and prepare and file the defendants' respective answers to the first amended complaint.

3. This motion is not brought to unnecessarily delay proceedings or for any other improper purpose, but rather to allow defendants to properly respond to plaintiff's amended complaint.

4. Defendants' counsel communicated with plaintiff's counsel before filing this motion on June 26, 2018. Plaintiff's counsel stated that plaintiff has no objection to an extension of time for any responsive pleading up to and including July 6, 2018.

For these reasons, the defendants request the court to grant their motion and extend the deadline to file responsive pleadings to plaintiff's first amended complaint to July 6, 2018.

          Respectfully submitted,

          **WOODFORD COUNTY, MATT SMITH, WILLIS SURRATT, GARY HARRIS, JOSEPH HITCHINS, and TERRA SHAFFER**

By:   *s/Bhairav Radia*
       Attorney for the County defendants

Bhairav Radia, #6293600
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:   (847) 291-0200
Fax: (847) 291-9230
Email: bradia@okgc.com

                        **ADVANCED CORRECTIONAL HEALTHCARE, INC., JASON SO, and ROBIN SIMPSON**,

                By:    <u>*s/Peter R. Jennetten* (by consent)</u>
                        *Peter R. Jennetten*

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL   61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)
Email: pjennetten@quinnjohnston.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATT SMITH, the SHERIFF OF WOODFORD ) COUNTY, individually and in his official )<br>Capacity, et al., )<br>)<br>Defendants. ) | Case No. 18-CV-01168 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018, I electronically filed *Defendants' Unopposed Motion for Extension of Time* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participants:

John K. Kennedy
Daniel Watkins
James D. Montgomery & Associates, Ltd.
jkennedy@jdmlaw.com
dwatkins@jdmlaw.com

Peter R. Jennetten
Quinn, Johnston, Henderson, Pretorius, and Cerullo
pjennetten@quinnjohnston.com

By:   *s/Bhairav Radia*
      Bhairav Radia, #6293600
      O'Halloran, Kosoff, Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, Illinois 60062
      Telephone:   (847) 291-0200
      Fax: (847) 291-9230
      E-mail:   bradia@okgc.com