IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATT SMITH, the SHERIFF OF WOODFORD COUNTY, individually and in his official capacity; WOODFORD COUNTY, ILLINOIS; WILLIS SURRATT; GARY HARRIS; JOSEPH HITCHINS; TERRA SHAFFER; ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois for-profit corporation; JASON SCOTT SO, D.O.; and ROBIN SIMPSON, R.N.,<br><br>　　　　　Defendants. | Case No. 18-cv-1168 |

## DESIGNATION OF LEAD COUNSEL

Peter R. Jennetten, of the firm of QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and a member in good standing of the bar of this Court, is designated as lead counsel in the representation of Defendants, ADVANCED CORRECTIONAL HEALTHCARE, INC., JASON SCOTT SO, DO, and ROBIN SIMPSON, RN.

　　　　　　　ADVANCED CORRECTIONAL HEALTHCARE, INC.,
　　　　　　　JASON SCOTT SO, DO, and ROBIN SIMPSON, RN,
　　　　　　　Defendants


　　　By: _____*s/Peter R. Jennetten*_____
　　　　　　　Peter R. Jennetten
　　　　　　　QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on **June 26, 2018**, I electronically filed this **DESINGATION OF LEAD COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John K. Kennedy<br>jkennedy@jdmlaw.com<br>Daniel Watkins, II<br>dwatkins@jdmlaw.com<br>James D. Montgomery & Associates, Ltd. | **Attorneys for Plaintiff** |
| Bhairav Radia<br>bradia@okgc.com<br>O'Halloran, Kosoff, Geitner & Cook, LLC | **Attorneys for Woodford County Defendants** |

*s/Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)