IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DAVID BROWN II, as Independent
Administrator of the Estate of
DAVID BROWN, deceased,
     Plaintiff,

v.

MATT SMITH, et al.,
     Defendants.

Case No.  18-cv-01168-JBM-JEH

## DISCOVERY PLAN

Counsel for the parties, as identified in the signature block below, having met on July 12, 2018, for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  August 17, 2018.
2. Amendment of the pleadings:  February 1, 2019.
3. Joining additional parties:  February 1, 2019.
4. Close of fact discovery:  April 1, 2019.
5. Disclosure of Plaintiff's experts:  May 1, 2019.
6. Disclosure of Plaintiff's expert reports:  May 1, 2019.
7. Plaintiff's experts deposed by:  July 1, 2019.
8. Disclosure of Defendant's experts:  September 1, 2019.
9. Disclosure of Defendant's expert reports:  September 1, 2019.
10. Defendant's experts deposed by:  November 1, 2019.
11. Disclosure of plaintiff's rebuttal or supplemental expert reports:  December 1, 2020.
12. Completion of all discovery:  February 1, 2020.
13. Dispositive motions:  March 1, 2020.

      The parties are requesting an extended discovery schedule with a dispositive motion deadline that is more than one year after the date of the Rule 16 scheduling conference because this case, which arises out of the death of a person in jail and includes <u>Monell</u> and medical malpractice claims, involves extensive fact and expert discovery.  In addition to substantial written discovery, the parties expect to take the depositions of about 20 witnesses (including plaintiff and nine party defendants) during fact discovery.  During expert discovery, the parties expect to disclose and depose medical experts on causation and other issues concerning the decedent's medical condition and treatment, as well as experts on jail and medical procedures for the <u>Monell</u> claims.

Respectfully submitted,

<u>/s/ John K. Kennedy</u>
**JOHN K. KENNEDY** (ARDC No.  6309407)
**DANIEL WATKINS, II** (ARDC No. 6317127)
James D. Montgomery and Associates, Ltd.
One North LaSalle Street, Suite 2450
Chicago, IL  60602
(312) 977-0200
docket@jdmlaw.com
Counsel for Plaintiff David Brown, II

<u>/s/ Bhairav Radia (by consent)</u>
**BHAIRAV RADIA** (ARDC No.  6293600)
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 476
Northbrook, IL  60062
(847) 291-0200
bradia@okgc.com
Counsel for Defendants Sheriff Matt Smith; Woodford County, Illinois; Willis Surratt; Gary Harris; Joseph Hitchins; and Terra Shaffer.


<u>/s/ Peter R. Jennetten (by consent)</u>
**PETER R. JENNETTEN** (ARDC No.  6237377)
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 N.E. Jefferson Ave.
Peoria, IL  61602
(309) 674-1133
pjennetten@quinnjohnston.com
Counsel for Defendants Advanced Correctional Healthcare, Inc.; Jason Scott So, D.O.; and Robin Simpson, R.N.