IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased,<br>      Plaintiff,<br><br>    v.<br><br>MATT SMITH, et al.,<br>      Defendants. | Case No.  18-cv-01168-JBM-JEH |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

  I hereby certify, under penalty of perjury as provided by 28 U.S.C. § 1746, that I electronically filed this Notice of Service of Discovery Documents via the CM/ECF system on the 17th day of August, 2018.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  I additionally certify that I served the below documents by emailing copies of the same to all counsel of record, at the email addresses reflected on their respective appearances, on the 17th day of August, 2018.

Documents served:
- Initial Disclosures of Plaintiff David Brown
- Plaintiff's First Set of Requests for Production to Defendants Matt Smith and Woodford County
- Plaintiff's First Set of Requests for Production to Defendant Advanced Correctional Healthcare, Inc.
- Plaintiff's First Set of Interrogatories to Defendants Matt Smith and Woodford County
- Plaintiff's First Set of Interrogatories to Defendant Advanced Correctional Healthcare, Inc.

          BY: /s/ John K. Kennedy
             **JOHN K. KENNEDY** (ARDC No.  6309407)
             **DANIEL WATKINS, II** (ARDC No. 6317127)
             James D. Montgomery and Associates, Ltd.
             One North LaSalle Street, Suite 2450
             Chicago, IL  60602
             (312) 977-0200
             docket@jdmlaw.com