IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MATT SMITH, the SHERIFF OF WOODFORD COUNTY, individually and in his official capacity; WOODFORD COUNTY, ILLINOIS; WILLIS SURRATT; GARY HARRIS; JOSEPH HITCHINS; TERRA SHAFFER; DARIN HOUSEHOLTER; DOUG FLETCHER; DANIEL THOMPSON; COURTNEY SOTO; KYLE DURST; JIM ELLIOTT; ROBERT PLOPPER; SHANE AMIGONI; JOE SOTO; CHAD PYLES; KELSEY KOWALSKI; ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois for-profit corporation; JASON SCOTT SO, D.O.; and ROBIN SIMPSON, R.N.,<br><br>Defendants. | Case No. 18-cv-1168 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on **October 12, 2018**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John K. Kennedy<br>jkennedy@jdmlaw.com<br>Daniel Watkins, II<br>dwatkins@jdmlaw.com<br>James D. Montgomery & Associates, Ltd. | **Attorneys for Plaintiff** |

Bhairav Radia
bradia@okgc.com
O'Halloran, Kosoff, Geitner & Cook, LLC

**Attorneys for Woodford County Defendants**

And I hereby certify that on **October 12, 2018**, I emailed true copies of the following discovery documents to the above-listed counsel of record:

**DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROAGATORIES**

**DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

ADVANCED CORRECTIONAL HEALTHCARE, INC., JASON SCOTT SO, DO, and ROBIN SIMPSON, RN, Defendants

By: _____*s/Peter R. Jennetten*_____
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4841-2757-6952, v. 1