IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> MATT SMITH, the SHERIFF OF WOODFORD COUNTY, individually and in his official capacity; WOODFORD COUNTY, ILLINOIS; WILLIS SURRATT; GARY HARRIS; JOSEPH HITCHINS; TERRA SHAFFER; DARIN HOUSEHOLTER; DOUG FLETCHER; DANIEL THOMPSON; COURTNEY SOTO; KYLE DURST; JIM ELLIOTT; ROBERT PLOPPER; SHANE AMIGONI; JOE SOTO; CHAD PYLES; KELSEY KOWALSKI; ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois for-profit corporation; JASON SCOTT SO, D.O.; and ROBIN SIMPSON, R.N., <br><br> Defendants. | Case No. 18-cv-1168 |

## NOTICE OF COPYING RECORDS

YOU ARE HEREBY NOTIFIED that the following will produce records in the above-entitled cause on or before the date and time indicated:

| | **Date** | **Time** |
|---|---|---|
| Woodford County Coroner <br> 40 W. Main Street <br> El Paso, IL 61738 | February 8, 2019 | 10:00 a.m. |

| | | |
|---|---|---|
| UnityPoint Health Methodist<br>221 NE Glen Oak Ave<br>Peoria, IL 61636 | February 8, 2019 | 10:00 a.m. |
| OSF Saint Francis Medical Center<br>530 NE Glen Oak Avenue<br>Peoria, IL 61637 | February 8, 2019 | 10:00 a.m. |
| Affiliated Urology Specialists<br>900 Main Street #530b<br>Peoria, IL 61602 | February 8, 2019 | 10:00 a.m. |
| OSF Illinois Neurological Institute<br>200 E. Pennsylvania Avenue<br>Peoria, IL 61603 | February 8, 2019 | 10:00 a.m. |
| UnityPoint Health Cardiovascular Services<br>112 NE Crescent Avenue<br>Peoria, IL 61606 | February 8, 2019 | 10:00 a.m. |
| Illinois Kidney Disease and<br>Hypertension Center<br>420 NE Glen Oak Avenue #401<br>Peoria, IL 61603 | February 8, 2019 | 10:00 a.m. |

at the offices of QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, 227 N.E. Jefferson Ave., Peoria, Illinois, 61602, pursuant to appropriate Federal Rules of Civil Procedure. This is a case involving personal injuries, and the acquisition of the Plaintiff's decedent's records is necessary. In accordance with HIPAA (45 CFR 164.512), a Qualified Protective Order has been issued.

Copies of these records for your files will be prepared at the rate of $.25 per page upon request. <u>Please notify us of this request prior to the above date and time</u>. A copy of each Subpoena has been emailed to you.

I hereby certify that on **January 22, 2019**, I electronically filed this **NOTICE OF COPYING RECORDS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John K. Kennedy<br>jkennedy@kwlawchicago.com<br>Kennedy Watkins LLC | **Attorneys for Plaintiff** |
| Bhairav Radia<br>bradia@okgc.com<br>O'Halloran, Kosoff, Geitner & Cook, LLC | **Attorneys for Woodford County Defendants** |

ADVANCED CORRECTIONAL HEALTHCARE, INC., JASON SCOTT SO, DO, and ROBIN SIMPSON, RN, Defendants

By: _____*s/Peter R. Jennetten*_____
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4820-4258-2406, v. 1