IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased,<br><br>              Plaintiff,<br><br>  vs.<br><br>MATT SMITH, the SHERIFF OF WOODFORD COUNTY, individually and in his official capacity; WOODFORD COUNTY, ILLINOIS; WILLIS SURRATT; GARY HARRIS; JOSEPH HITCHINS; TERRA SHAFFER; DARIN HOUSEHOLTER; DOUG FLETCHER; DANIEL THOMPSON; COURTNEY SOTO; KYLE DURST; JIM ELLIOTT; ROBERT PLOPPER; SHANE AMIGONI; JOE SOTO; CHAD PYLES; KELSEY KOWALSKI; ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois for-profit corporation; JASON SCOTT SO, D.O.; and ROBIN SIMPSON, R.N.,<br><br>              Defendants. | Case No. 18-cv-1168 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on **February 26, 2019**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John K. Kennedy<br>jkennedy@kwlawchicago.com<br>Kennedy Watkins LLC | **Attorney for Plaintiff** |
| Bhairav Radia<br>bradia@okgc.com<br>O'Halloran, Kosoff, Geitner & Cook, LLC | **Attorney for Woodford County Defendants** |

And I hereby certify that on **February 26, 2019**, I emailed a true copy of the following discovery document to the above-listed counsel of record:

## MEDICAL DEFENDANTS' SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

        ADVANCED CORRECTIONAL HEALTHCARE, INC.,
        JASON SCOTT SO, DO, and ROBIN SIMPSON, RN,
        Defendants


        By: _____*s/Peter R. Jennetten*_____
        QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO


Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4826-7704-5897, v. 1