# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased,<br>      Plaintiff,<br><br>    v.<br><br>MATT SMITH, et al.,<br>      Defendants. | Case No. 18-cv-01168-JBM-JEH |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

  I hereby certify, under penalty of perjury as provided by 28 U.S.C. § 1746, that I electronically filed this Notice of Service of Discovery Documents via the CM/ECF system on the 4th day of March, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  I additionally certify that I served the below documents by emailing copies of the same to all counsel of record, at the email addresses reflected on their respective appearances, on the 4th day of March, 2019.

Documents served:
- Plaintiff's Answers to Interrogatories of ACH Defendants
- Plaintiff's Answers to Interrogatories of Woodford County
- Plaintiff's Answers to Interrogatories of Defendant Smith
- Plaintiff's Responses to Requests for Production of ACH Defendants
- Plaintiff's Responses to Requests for Production of Defendant Smith

        BY: /s/ John K. Kennedy
           **JOHN K. KENNEDY** (ARDC No. 6309407)
           **DANIEL WATKINS, II** (ARDC No. 6317127)
           Kennedy Watkins LLC
           One North State Street, Suite 1500
           Chicago, IL 60602
           (312) 448-8181
           info@kwlawchicago.com