IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MATT SMITH, the SHERIFF OF WOODFORD COUNTY, individually and in his official capacity; WOODFORD COUNTY, ILLINOIS; WILLIS SURRATT; GARY HARRIS; JOSEPH HITCHINS; TERRA SHAFFER; DARIN HOUSEHOLTER; DOUG FLETCHER; DANIEL THOMPSON; COURTNEY SOTO; KYLE DURST; JIM ELLIOTT; ROBERT PLOPPER; SHANE AMIGONI; JOE SOTO; CHAD PYLES; KELSEY KOWALSKI; ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois for-profit corporation; JASON SCOTT SO, D.O.; and ROBIN SIMPSON, R.N.,<br><br>Defendants. | Case No. 18-cv-1168 |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

NOW COME all of the parties to this cause of action, by their attorneys, John K. Kennedy of Kennedy Watkins LLC, Bhairav Radia of O'Halloran, Kosoff, Geitner & Cook, LLC, and Peter R. Jennetten of Quinn, Johnston, Henderson, Pretorius & Cerulo, and for their Joint Motion for Enlargement of Time, state:

1. By the schedule currently in place, fact discovery in this matter closes on April 1, 2019, all discovery closes on January 31, 2020, and the matter is set for jury trial in July 2020.

2. The parties have made their initial disclosures, exchanged written discovery, and subpoenaed records. However, it has taken longer than expected to obtain all of the pertinent medical and other records. Counsel did not receive a response to their subpoena from UnityPoint Health Methodist until March 8, 2019. The Woodford County Coroner's office still has not responded to a subpoena, but has assured counsel that a response is forthcoming. In addition, counsel for the Medical Defendants recently issued additional subpoenas for pharmacy, employment, and law enforcement records.

3. The parties have completed the depositions of the Plaintiff, David Brown II, and Defendants Jason Scott So, DO and Robin Simpson, RN. The depositions of the County Defendants and additional fact witnesses remain to be taken. The deposition of the medical examiner has been scheduled for late April.

4. The parties anticipate that due to the delays in fact discovery, they will be unable to complete fact discovery by April 1 and will fall behind on expert discovery. All parties have therefore agreed that the discovery schedule should be extended and recommend the following schedule:

> - Completion of fact discovery by October 15, 2019
> - Disclosure of Plaintiff's experts by November 15, 2019
> - Depositions of Plaintiff's experts by January 15, 2020
> - Disclosure of defense experts by February 15, 2020

- Deposition of defense experts by April 15, 2020
- Disclosure of Plaintiff's rebuttal experts by May 15, 2020
- Completion of all discovery by June 15, 2020
- Dispositive motions to be filed by July 15, 2020

5. Undersigned counsel request that the current final pre-trial conference and trial dates be vacated and that new dates be set in accordance with the schedule set forth above.

WHEREFORE, the parties respectfully pray that the Court enter an Order granting this motion and enlarging the schedule as set forth above or, in the alternative, that the Court set a status hearing for the purpose of discussing and modifying the discovery deadlines, and for such other and further relief as the Court deems just.

DAVID BROWN II, as Independent Administrator of the Estate of DAVID BROWN, deceased, Plaintiff

By: _____*s/John K. Kennedy* (with consent)_____
KENNEDY WATKINS LLC


MATT SMITH, et al., Woodford County Defendants

By: _____*s/Bhairav Radia* (with consent)_____
O'HALLORAN, KOSOFF, GEITNER & COOK, LLC


ADVANCED CORRECTIONAL HEALTHCARE, INC., JASON SCOTT SO, DO, and ROBIN SIMPSON, RN, Defendants

By: _____*s/Peter R. Jennetten*_____
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on **March 15, 2019**, I electronically filed this **JOINT MOTION FOR ENLARGEMENT OF TIME** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John K. Kennedy<br>jkennedy@kwlawchicago.com<br>Kennedy Watkins LLC | **Attorneys for Plaintiff** |
| Bhairav Radia<br>bradia@okgc.com<br>O'Halloran, Kosoff, Geitner & Cook, LLC | **Attorneys for Woodford County Defendants** |

*s/Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4845-7616-9099, v. 1